JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New J 07960
(973) 538-6890

ATTORNEYS FOR DEFENDANT THERMO FISHER SCIENTIFIC INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT J. MCCAFFERTY, | : | Civil Action No.: 2:11-cv-01146 |
| Plaintiff, | : | |
| v. | : | **STIPULATION OF DISMISSAL** |
| | : | **WITH PREJUDICE** |
| THERMO FISHER SCIENTIFIC, | : | |
| Defendant. | : | |

It is hereby stipulated and agreed by and between Robert J. McCafferty ("Plaintiff"), and Thermo Fisher Scientific Inc., ("Defendant"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendant is dismissed in its entirety with prejudice and without costs or attorneys' fees.

THE NIRENBERG LAW FIRM, LLC
One University Plaza, Suite 607
Hackensack, New Jersey 07601

_____
Jonathan I. Nirenberg
Attorneys for Plaintiff

Dated: February 22, 2013

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960

_____
John M. Nolan
Carla D. Macaluso
Attorneys for Defendant

Dated: February ___, 2013

4847-9899-1890, v. 1
131879

SO ORDERED: _____
DATED: 3/11/13